**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL JOHN PISKANIN,** | : | **CIVIL ACTION NO. 1:12-CV-1075** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA AND ITS** | : | |
| **LEGISLATURE AND SUPREME** | : | |
| **COURT AND THEIR CURRENT** | : | |
| **MEMBERS,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of September, 2012, upon consideration of the Report and Recommendation of United States Magistrate Judge Malachy E. Mannion (Doc. 8), recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. 5) be denied and plaintiff's complaint (Doc. 1) be dismissed, and, following an independent review of the record and noting that plaintiff filed objections[1] to the report on August 22, 2012 (Doc. 9), and the court finding Judge Mannion's analysis to be thorough and well-reasoned, and the court finding

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

plaintiff's objections to be without merit and squarely addressed by Judge Mannion's report (Doc. 10), it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge Mannion (Doc. 8) are ADOPTED.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 5) is DENIED. 28 U.S.C. § 1915(g).

3. Plaintiff's *in forma pauperis* complaint (Doc. 1) is DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).


    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge